UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

KENDELL JOSEPH CHARGOIS-EL #497867

CASE NO. 1:24-CV-01263 SEC P

-vs-

JUDGE DRELL

JAMES M LEBLANC ET AL

MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition (ECF No. 6) is DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this 22nd day of November 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT